FILED by _____ D.C.
ELECTRONIC
AUG 15, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20746-CR-MORENO/TORRES

18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

LAZARO ALVAREZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 6, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**LAZARO ALVAREZ,**

did knowingly distribute any visual depiction that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 2

On or about June 8, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### LAZARO ALVAREZ,

did knowingly possess matter, that is, a computer file, which contained any visual depiction that has been shipped and transported in interstate and foreign commerce by any means, including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### **CRIMINAL FORFEITURE**

1.  The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  Upon conviction of the violations alleged in Counts 1 and 2 of the Indictment, pursuant to Title 18, United States Code, Section 2253, the defendant shall forfeit to the United States: 1) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received; 2) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and 3) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

3.  If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

2

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
KELLY S. KARASE
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LAZARO ALVAREZ,

                Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami    ___ Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)    Yes ___    No ___
Number of New Defendants    ___
Total number of counts    ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  _No_
   List language and/or dialect

4. This case will take  _3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)      (Check only one)

   I    0 to 5 days    _X_    Petty    ___
   II   6 to 10 days    ___    Minor    ___
   III  11 to 20 days    ___    Misdem.    ___
   IV  21 to 60 days    ___    Felony    _X_
   V   61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

                                       _____
                                       KELLY S. KARASE
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Court No. A5501183

*Penalty Sheet(s) attached                                                             REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LAZARO ALVAREZ

**Case No:**_____

Count #: 1

Distribution of a visual depiction of sexual exploitation of minors

Title 18, United States Code, Section 2252(a)(2)

**\* Max.Penalty:** 20 years' imprisonment

Count #: 2

Possession of child pornography

Title 18, United States Code, Section 2252(a)(4)(B)

**\*Max. Penalty:** 10 years' imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.